# United States District Court

EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5799

CHAMBERS OF
LEONIE M. BRINKEMA
DISTRICT JUDGE

TELEPHONE (703) 299-2116
FACSIMILE (703) 299-2238

Via email and United States Postal Service

August 6, 2024

Re: United States v. Moussaoui, 1:01cr455

Dear Ms. Rockefeller:

As you can see from the attached order, Mr. Moussaoui is interested in serving the remainder of his life sentence in France but misunderstands the process for obtaining an international prisoner transfer. It is clear that he has not submitted the paperwork required to start the process. That likely explains why neither the United States Department of Justice nor the FBI contacted you.

As explained in my order, the judiciary plays no role in reviewing such applications. Any concerns or questions you have about such a transfer should be addressed to the Justice Department's Office of International Affairs, which you may contact at:

United States Department of Justice
Criminal Division, Office of International Affairs
1301 New York Avenue, Suite 300
Washington, DC 20530
(202) 514-0000

I hope this information is helpful.

Sincerely,

Leonie M. Brinkema

Leonie M. Brinkema
United States District Judge

Attachment

cc: Clerk's Office