1/2

In the United States District Court for the
Eastern District of Virginia
Alexandria Division

FILED
MAILROOM
OCT 15 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v
ZACARIAS MOUSSAOUI
a/k/a Abu Khalid al Sahrawi

1-01-cr-455 (LMB)

# STRIKE For a 9/11 New Trial

Indeed the Supreme Court set a February 2026 Deadline For New Trial motion based on the Glossip v Oklahoma case. But the FBI/DOJ deny me access to my Court of Appeal appointed Lawyer Arnold & Porter to stop me exposing the 9/11 Puppet Master ~~of~~ MI5 (British Intelligence) and FBI of Useful Idiot Bin Laden.

The Court will understand that due to SCOTUS Glossip v Oklahoma this strike do not fall within the one year statue of limitation 28 USC. § 2255 (F) and I can STRIKE For a New 9/11 Trial

I hereby move to this Court in order to file a Pro Se petition To the Supreme Court for a New 9/11 Trial To direct the Court ~~Clerk~~ Clerk and/or the Federal Public Defender, To provide me with the "Sweet 9/11 Deal" for 9/11 Hijacker Hussein AL ATTas, this include his plea agreement, sentencing and the Transcript of his Under Seal Testimony and the FBI 302 report when Hussein AL Attas was arrest with me 3 week before 9/11 and the FBI 302 report after 9/11.

Also I STRIKE this Court for the Statement provide by the Government to the Juror claiming to represent statement of KHALID SHEIK MOHAMED during my Death Penalty phaze.

This Court will understand that need these evidence To Strike SCOTUS For a New 9/11 Trial base on false statement of Hussein

2/2 statement

AL Attas and the False Government of Khalid Sheikh Mohamed.

Indeed My Pro Se Strike for a New 9/11 Trial must be filed before February 2026 but the DOJ/FBI are doing all "dirty Tricks" to stop me exposing the travesty of 9/11 Justice and Master Puppet Role in the 9/11 Attack of MI5 and FBI.

I move to this To reappoint the Federal Public Defender and Arnold x Porter as standby lawyer to provide prompt legal assistance to file before Feb 2026 for a New True 9/11 Trial

Respectfully To Your Court.

Moussaoui

Addition.

I move to this Court To direct the Clerk of the Court To provide me with the Prose guideline To file a petition in the Supreme Court.

I have been given the "go around" by Supermax official.

I also move to this Court To inform the Supreme Court of my New Trial Pro Se being obstructed by the DOJ/FBI and their denial of access to Court of Appeal appointed lawyer Arnold Porter "Justice Delay is Justice Deny"

The DOJ/FBI are Trying to run the clock with dirty Trick until the Supreme Court Deadline of Feb 2026 for New 9/11 Trial and cover up their FBI/MIS 9/11 Puppet Master Role.

Respectfully